IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:11-cv-00166 |
| ) | |
| v. ) | |
| ) | |
| TOMMY L. GRIFFIN PLUMBING AND ) | |
| HEATING COMPANY and SANDRA LAWSON, ) | |
| in her capacity as the Executrix of the Estate of ) | |
| Tommy L. Griffin, Sr. and as the Executrix of the ) | |
| Estate of Lois S. Griffin, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER

This matter came before the Court upon the Joint Motion to Substitute Sandra Lawson as Defendant. Upon consideration of said Joint Motion, the record in this matter, the Court is of the opinion that Cincinnati's Motion is well taken and should be GRANTED. Accordingly, it is hereby

ORDERED, ADJUDGED, and AGREED that Sandra Lawson, as the "legal representative" of Lois S. Griffin, is substituted as Defendant in this present action in the place of Lois S. Griffin, who previously served as Defendant both individually and in her capacity as Executrix of the Estate of Tommy L. Griffin, Sr.; and it is further

ORDERED, ADJUDGED, and AGREED that the Judgment entered in favor of Cincinnati on October 11, 2012 [Dkt. 32] is effective as to Lawson, as a Defendant and in her capacity as Executrix of the Estate of Tommy L. Griffin, Sr. and Lois S. Griffin.

SO ORDERED, this 14th day of May, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

APPROVED FOR ENTRY BY:

/s/ Jarrod W. Stone
Jarrod W. Stone, Tenn. Bar No. 023915
Jeffrey S. Price, Tenn. Bar No. 019550
MANIER & HEROD
One Nashville Place, Suite 2200
150 Fourth Avenue North
Nashville, Tennessee 37219
Phone: (615) 244-0030
Fax: (615) 242-4203
jstone@manierherod.com
jprice@manierherod.com
*Counsel for The Cincinnati Insurance Company*

and

/s/ Jerry A. Lumley    by JWS w/permission
Jerry A. Lumley   Georgia Bar No. 460866
Lumley & Howell, LLP
230 Third Street
Macon, GA  31201
jalumley@bellsouth.net
*Counsel for Sandra Lawson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2013, I served the foregoing document upon the following counsel of record via the Court's ECF System to:

Jerry A. Lumley
Lumley & Howell, LLP
230 Third Street
Macon, GA  31201
jalumley@bellsouth.net

/s/ Jarrod W. Stone

733354.1                                   2